IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Portia A. Boulger, | : | |
| Plaintiff, | : | Case No. 2:17-cv-186 |
| v. | : | Judge George C. Smith |
| James H. Woods, | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to United States District Court Southern District of Ohio Local Civil Rule 7.3, Plaintiff Portia Boulger respectfully moves this Court for an extension of seven days, until and on September 12, 2017, in which to file an Opposition to Defendant James Woods' Motion for Summary Judgment or, in the Alternative, Motion for Dismissal (Doc. No. 16).  As directed by Local Rule 7.3(a), Plaintiff's counsel consulted with Defendant's counsel, and Defendant's counsel does not oppose this request for an extension of time.   A proposed order granting this Motion is attached.

Respectfully submitted,

/s/ N. Zachary West
N. Zachary West (0087805)
511 West First Avenue, Unit 305
Columbus, Ohio 43215
Tel: (614) 208-0230
Email: zachwest@gmail.com

              Joseph E. Sandler (admitted *pro hac vice*)
              Sandler Reiff Lamb Rosenstein &
              Birkenstock PC
              1090 Vermont Ave., N.W.  Suite 750
              Washington, D.C. 20005
              Tel: (202) 479-1111
              Fax: (202) 479-1115
              Email:  sandler@sandlerreiff.com

Dated: August 29, 2017        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certify that a true and accurate copy of the foregoing was served via this Court's ECF System, this 29th day of August 2017, upon all counsel of record.

              /s/ N. Zachary West
              N. Zachary West

Case: 2:17-cv-00186-GCS-EPD Doc #: 17 Filed: 08/30/17 Page: 3 of 3 PAGEID #: 161

3